IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| AUBREY PAUL EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 322-132 |
| | ) |
| THE DODGE COUNTY SHERIFF'S | ) |
| DEPARTMENT; OFC. WALT TURNER; | ) |
| and OFC. DILLON WARREN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, **DIRECTS** the **CLERK** to terminate all pending motions and deadlines, and **CLOSES** this civil action.

SO ORDERED this 21st day of November, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE