# United States District Court
## Southern District of Georgia

AUBREY PAUL EVANS,

        Plaintiff,

v.

THE DODGE COUNTY SHERIFF'S
DEPARTMENT; OFC. WALT TURNER;
and OFC. DILLON WARREN,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   CV 322-132

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's November 21, 2022 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, this case is dismissed without prejudice. This case stands closed.

11/21/2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*



(By) Deputy Clerk